EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA  ☒ EEOC | 570-2020-00966 |

**Florida Commission on Human Relations** and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Eddie Lee Moon | 321-458-4535 | 02/01/1972 |

| Street Address | City, State and ZIP Code |
|---|---|
| 800 N. Fiske Blvd., #114, Cocoa, FL 32922 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Avante at Melbourne, Inc. | 15+ | 321-723-3215 |

| Street Address | City, State and ZIP Code |
|---|---|
| 1420 S. Oak Street, Melbourne, FL 32901 | |

**DISCRIMINATION BASED ON** *(Check appropriate box(es).)*

☐ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☐ RETALIATION ☐ AGE ☐ DISABILITY ☐ GENETIC INFORMATION
☒ OTHER (Specify) **Sexual Harassment**

**DATE(S) DISCRIMINATION TOOK PLACE**
Earliest: 6/28/19    Latest: 9/23/19
☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s))*:

Eddie Lee Moon was illegally terminated from his employment on September 24, 2019, by his employer, Avante at Melbourne, Inc., in violation of the Title VII Civil Rights Act of 1964 and in violation of the Florida Civil Rights Act, Fl Stat. §760.01 *et seq*.

Specifically, Mr. Moon, during the term of his employment, maintained a brief consensual and sexual relationship with his direct supervisor, Bianca Foster. When Mr. Moon ended the relationship, Ms. Foster retaliated against Mr. Moon by fabricating a pre-textual basis for Mr. Moon's termination. Ms. Moon conspired with her co-worker and friend Ingrid Lovelace to create a fabricated reason to terminate Mr. Moon

The real reason for the termination was the fact that Mr. Moon would no longer have a sexual relationship with Ms. Foster. Once the case is open, we will confidentially provide the EEOC (with text messages and pictures) sent from Ms. Foster to Mr. Moon during the term of their relationship.

As a result of the illegal termination, Mr. Moon has suffered damages.

Filed by:

John M. Quaranta, Esq.
DECARLO QUARANTA P.A.
TRIAL LAWYERS
255 Alhambra Circle
Suite 1150
Coral Gables, FL 33134
T: 305.930.6077
john.quaranta@quaranta.law
www.quaranta.law

**RECEIVED**

NOV 14 2019

EEOC-MIAMI DISTRICT OFFICE

| | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | *Jamal Moss* |
| I declare under penalty of perjury that the above is true and correct.<br><br>11/6/2019<br>Date — Charging Party Signature | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year) November 6, 2019 |



Jamal Moss
NOTARY PUBLIC
STATE OF FLORIDA
Comm# GG097311
Expires 4/24/2021

**RECEIVED**

NOV 14 2019

EEOC-MIAMI DISTRICT OFFICE